# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH RAY BRADFORD | CIVIL ACTION |
| VERSUS | |
| JAMES LEBLANC | 18-257-SDD-EWD |

### RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 25, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,** the *Motion to Dismiss*[3] is GRANTED and the Plaintiff's action is dismissed as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), without prejudice to Plaintiff's right to seek *habeas corpus* relief under 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that all other pending motions are denied as moot.

Baton Rouge, Louisiana the 31 day of August, 2018.

*[signature]*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 11.
[3] Rec. Doc. 10.